UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AR-RAHEEM WILLIAMS,

                          Petitioner,

   -against-

E. R. DONNELLY, Superintendent,
Wende Correctional Facility,

                          Respondent.
-------------------------------------------------------------------X

               JUDGMENT
               00-CV- 4445 (DGT)
               00-CV- 4447 (DGT)
               00-CV- 4448 (DGT)

      An Order of Honorable David G. Trager, United States District Judge, having

been filed on September 16, 2005, adopting the Report and Recommendation of Magistrate

Judge Roanne L. Mann, dated April 12, 2005, after an independent review of the record;

dismissing petitioner's applications for writs of habeas corpus; and ordering that Certificates

of Appealabilty shall not issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that

the Report and Recommendation of Magistrate Judge Roanne L. Mann is adopted; that

petitioner's applications for writs of habeas corpus are dismissed; and that Certificates of

Appealability shall not issue.

Dated: Brooklyn, New York
       September 16, 2005

                        s/Robert C. Heinemann
                        ROBERT C. HEINEMANN
                        Clerk of Court